UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24802-MC-SCOLA/TORRES

PRISCILLA RAINEY,

       Plaintiff,

v.

JAYCEON TERRELL TAYLOR,

       Defendant.

_____/

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE GARNISHMENT PLEADINGS

Before this Court is a Motion for Judgment on the Garnishment Pleadings ("Motion") filed by Judgment Creditor/Plaintiff PRISCILA RAINEY ("Plaintiff") on May 17, 2021. [D.E. 37]. Plaintiff filed a Motion for Writ of Garnishment ("Writ") on March 30, 2021 [D.E. 30], and we issued a Post-Judgment Writ of Garnishment ("Judgment") directed at Square Inc. ("Square") for accounts held by Judgment Debtor/Defendant, Jayceon Terrell Taylor a/k/a "The Game" ("Defendant"). Plaintiff then sent Defendant the Writ and Judgment. [D.E. 34]. On April 21, Square filed an Answer of Garnishee ("Answer") disclosing two accounts held by Defendant that totaled $2,176.35 and Plaintiff sent the Answer to Defendant the next day.

Having considered the Motion, the Answer, and Defendant's failure to file a motion to dissolve the garnishment within 20 days of receiving the Answer, *see* Fla. Stat. §77.07(02), the Motion should be **GRANTED**. Plaintiff should recover from Square the sum of $2,176.35 for which let execution issue forthwith.

Pursuant to Local Magistrate Rule 4(b) and Fed. R. Civ. P. 73 and because Defendant did not challenge the motion, the parties have five (5) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge.  Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report *and* shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report.  28 U.S.C. § 636(b)(1); 11th Cir. Rule 3-1; *see, e.g., Patton v. Rowell,* 2017 WL 443634 (11th Cir. Feb. 2, 2017); *Cooley v. Comm'r of Soc. Sec.,* 2016 WL 7321208 (11th Cir. Dec. 16, 2016).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 23rd day of July, 2021.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge