United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Priscilla Rainey, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-24802-mc-Scola |
| | ) |
| Jayceon Terrell Taylor, Defendant. | ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for an order or a report and recommendation on the Plaintiff's motion for judgment on the garnishment pleadings. (ECF No. 37.) On July 23, 2021, Judge Torres issued a report, recommending that the Court grant the motion. (Report & Recommendations, ECF No. 39.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation to be cogent and compelling.

As noted by Judge Torres, this Court issued a post-judgment writ of garnishment to Square, Inc. for accounts held by Defendant Jayceon Terrell Taylor that could be used to satisfy the outstanding judgment in this case. (ECF Nos. 34, 39.) Square, Inc. filed its answer to the writ and disclosed two accounts affiliated with the Defendant that totaled $2,176.35. (ECF No. 35.) The Defendant did not move to dissolve the garnishment within 20 days of the filing of Square, Inc.'s answer. *See* Fla. Stat. § 77.07(02).

In light of the record, the Defendant's failure to file a motion to dissolve the garnishment, and his failure to object to the report, the Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 39**) and **grants** the Plaintiff's motion (**ECF No. 37**.) The Garnishee is directed to pay the Plaintiff in the amount of **$2,176.35**. Neither the motion nor the proposed order specified the mode of payment. Accordingly, the parties are directed to confer on that issue and file a notice of compliance once the payment has been tendered. The Garnishee shall be discharged from further liability under the writ of garnishment upon payment.

**Done and ordered** at Miami, Florida, on September 2, 2021.

Robert N. Scola, Jr.
United States District Judge